IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AURALICIA POLANCO CABRERA,

Plaintiff,

v.

UR MENDOZA JADDOU, Director of
U.S. Citizenship and Immigration
Services, et al.,

Defendants.

CIVIL ACTION FILE
NO. 1:23-CV-3132-TWT

## ORDER

This is a mandamus action. It is before the Court on the Defendants Ur Mendoza Jaddou and Antonio Donis's Motion to Dismiss for Lack of Jurisdiction [Doc. 8]. In her Complaint, the Plaintiff Auralicia Polanco Cabrera sought only to compel the Defendants to take action on her I-589 Application for Asylum. (Compl. ¶¶ 1-2). On January 29, 2024, the Defendants filed the present Motion to Dismiss, indicating that the Plaintiff's Complaint is now moot as her I-589 Application has been granted. Although the Defendants did not attach any documentation supporting this allegation, the Plaintiff has not opposed the Motion to Dismiss. LR N.D.Ga. 7.1(B). Therefore, because mootness is jurisdictional, the case must be dismissed. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1336 (11th Cir. 2001). Accordingly, the Defendants' Motion to Dismiss [Doc. 8] is GRANTED and this action is DISMISSED as moot. The Clerk is directed to close the case.

SO ORDERED, this ____2nd____ day of April, 2024.

THOMAS W. THRASH, JR.
United States District Judge